UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDELMIRO GUERRA | * | CIVIL ACTION NO. 3:17-CV-00366 |
| | * | |
| VERSUS | * | JUDGE: JWD |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY AND APPLEBEE'S | * | MAGISTRATE: RLB |
| RESTAURANTS, LLC D/B/A | * | |
| APPLEBEE'S GRILL & BAR | * | |

**AMENDED ANSWER AND JURY DEMAND**

NOW INTO COURT, through undersigned counsel, come defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC, and Ohio Casualty Insurance Company, who, for answer to Plaintiff's Complaint for Damages, deny each and every allegation contained therein except such as may be hereinafter specially admitted.

Further answering the specifically numbered paragraphs of the Complaint for Damages, defendants plead as follows:

1.

In answering the allegations of Paragraph 1, defendant denies that the principal place of business for Applebee's Restaurants, LLC, or Southern River Restaurants, LLC, is Baton Rouge, Louisiana.

2.

The allegations of Paragraph 2 are denied for lack of sufficient information to justify a belief as to the truth therein.

3.

The allegations of Paragraph 3 are denied.

4.

The allegations of Paragraph 4 are denied.

5.

The allegations of Paragraph 5 are denied.

6.

The allegations of Paragraph 6 are denied for lack of sufficient information to justify a belief as to the truth therein.

7.

The allegations of Paragraph 7 are denied.

8.

The allegations of Paragraph 8 are denied for lack of sufficient information to justify a belief as to the truth therein.

**AND NOW FURTHER ANSWERING,** the allegations of the Complaint for Damages, respondents plead as follows:

A.

In the event that evidence should show that the accident was caused by the fault of Plaintiff, respondents plead that contributory negligence as a bar or reduction to any potential recovery herein.

B.

In the event that evidence should show that plaintiff sustained damages and failed to mitigate those damages, respondents plead that affirmative defense.

C.

Respondents are entitled to a credit or offset for any sums paid to petitioner by any other person or insurer liable to petitioner for all or any portion of the petitioner's alleged damages.

D.

Respondents are entitled to and demand a jury trial on all issues herein.

WHEREFORE, Defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC, and Ohio Casualty Insurance Company, pray that this Answer to Plaintiff's Complaint for Damages be deemed good and sufficient, and that after due proceedings are had, that Plaintiff's cause of action be dismissed at Plaintiff's costs. Defendants further pray for trial by jury and for all other general and equitable relief.

Respectfully submitted:

LAW OFFICES OF KEITH S. GIARDINA

BY: **s/ Brad J. Brumfield**
BRAD J. BRUMFIELD, #24982
9100 Bluebonnet Centre Blvd., Suite 300
Baton Rouge, LA 70809
(225) 923-7391
(603) 430-0864 (fax)
Brad.Brumfield@libertymutual.com
Counsel for Defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC and Ohio Security Insurance Company

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

    Baton Rouge, Louisiana, this 20th day of July, 2017.

                                  **_s/ Brad J. Brumfield_**
                                  Brad J. Brumfield, #24982