UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| EDELMIRO GUERRA | * | CIVIL ACTION NO. 3:17-CV-00366 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE: JWD |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY AND APPLEBEE'S | * | MAGISTRATE: RLB |
| RESTAURANTS, LLC D/B/A | * | |
| APPLEBEE'S GRILL & BAR | * | |

## **MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC, and Ohio Casualty Insurance Company, who move for summary judgment. As set forth in the attached memorandum and exhibits, defendants are entitled to summary judgment, a procedure favored by law, as the undisputed evidence demonstrates plaintiff, Edelmiro Guerra, cannot meet the burden of proving that defendants are at fault in causing plaintiff's alleged damages.

WHEREFORE, defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC, and Ohio Casualty Insurance Company, pray that this motion be granted dismissing plaintiff's claims against them, with prejudice, at plaintiff's cost.

Respectfully submitted:

LAW OFFICES OF KEITH S. GIARDINA

BY: **_s/ Brad J. Brumfield_**
BRAD J. BRUMFIELD, #24982
9100 Bluebonnet Centre Blvd., Suite 300
Baton Rouge, LA 70809
(225) 923-7391
(603) 430-0864 (fax)
Brad.Brumfield@libertymutual.com
Counsel for Defendants, Applebee's Restaurants, LLC, Southern River Restaurants, LLC and Ohio Security Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of May, 2018.

**_s/ Brad J. Brumfield_**
Brad J. Brumfield, #24982