AFFIDAVIT

PARISH OF JEFERSON

STATE OF LOUISIANA

BEFORE ME THE UNDERSIGNED NOTARY, came and appeared SEAN THOMPSON, who, after being duly sworn, did depose and state as follows:

1. I am employed as the area director for Southern River Restaurants, LLC. I was employed in that capacity on July 7, 2016 and have personal knowledge of the facts herein.

2. Applebee's Grill and Bar located at 3142 Highway 190 West, in Hammond, is owned and operated by Southern River Restaurants, LLC.

3. All employees located at the subject restaurant on July 7, 2016 were employees of Southern River Restaurants, LLC. Applebee's Restaurants, LLC, did not employ any of the personnel working at the restaurant, and did not train, supervise, or monitor the staff at the restaurant.

4. Although the restaurant franchisor, Applebee's Restaurants, LLC, provided standards regarding floor maintenance and cleaning, the compliance with these standard and daily operation of the restaurant was completely under the control of Southern River Restaurants, LLC.

5. The first notice that Southern River Restaurant, LLC, had of an alleged slippery restroom floor on July 7, 2016 was Edelmiro Guerra's complaint of a slippery floor.

_____
SEAN THOMPSON

Sworn to and subscribed before me this __7__ day of __May__, 2018.

_____
NOTARY PUBLIC

Paul Michael Elvir, Jr.
Notary Public #23459
State of Louisiana
My commission is issued for life.