AFFIDAVIT

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA

BEFORE ME THE UNDERSIGNED NOTARY, came and appeared William F. Taylor, who, after being duly sworn, did depose and state as follows:

1. I am employed as the Executive Director of Risk Management for Applebee's Restaurants, LLC. In that capacity, I have personal knowledge of the facts herein.

2. Applebee's Grill and Bar located at 3142 Highway 190 West, in Hammond, is owned and operated by Southern River Restaurants, L.L.C.

3. All employees located at the subject restaurant on July 7, 2016 were employees of Southern River Restaurants, L.L.C. Applebee's Restaurants, LLC, did not employ any of the personnel working at the restaurant, and did not train, supervise, or monitor the staff at the restaurant.

4. Although Applebee's Restaurants, LLC, as the restaurant franchisor, provided standards regarding floor maintenance and cleaning, the compliance with these standard and daily operation of the restaurant was completely under the control of Southern River Restaurants, L.L.C.

5. The first notice that Applebee's Restaurants, LLC, had of an alleged slippery restroom floor on July 7, 2016 was Edelmiro Guerra's lawsuit.

_____

Sworn to and subscribed before me this 24 day of April, 2018.

_____
NOTARY PUBLIC

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On April 24, 2018 before me, Karen Dorvilus, Notary Public,
    Date                           Here Insert Name and Title of the Officer

personally appeared William F. Taylor
                      Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

KAREN DORVILUS
Notary Public – California
Los Angeles County
Commission # 2186373
My Comm. Expires Mar 12, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____KD_____
                  Signature of Notary Public

*Place Notary Seal Above*

——————————— *OPTIONAL* ———————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907